**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 21-19586-LMI
  Chapter 11

KING TYSON, INC.,

Debtor-in-Possession.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession [Trustee], KING TYSON, INC., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's [Trustee's] best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): 10/1/2021.

2. Names, case numbers and dates of filing of related debtors:
Kingland Realty Corp, Inc., Filed on 6/6/2021.

3. Description of debtor's business: Tropicana Bar located at 1057 NW 79 Street, Miami, FL 33150-3158.

4. Locations of debtor's operations and whether the business premises are leased or owned: Owned by Kingland Realty Corp, Inc.

5. Reasons for filing chapter 11: Kingland Realty Corp, Inc., owns the commercial building located at 1057 NW 79 Street, Miami, Florida 33150. A liquor bar called the Tropicana Bar is operated in this commercial building under King Tyson, Inc. Someitimes around 2017, an incident took place in which shots were fired and it seems 1 people died in that incident. The building or the Bar did not have insurance to cover for this contingency. King Tyson, Inc. pays for all the expenses of the commercial building.

The Plaintiffs filed a wrongful death lawsuit in Miami-Dade Circuit Court against various Defendants. All defendants are related to each other. The individual defendants are practically judgment proof. That lawsuit is still pending, however, the Debtors [Kingland Realty Corp, Inc. and King Tyson, Inc.] do not have the financial means to defend the state court lawsuit anymore.

If Plaintiffs prevail in their wrongful death lawsuit, they would be entitled to the real estate or the value of the real estate and disposable income, if available, from the bar operations. Debtor desires to pay the value of the real estate to the Plaintiff either through a refinancing or payments over time. If payments are to be made over time, Debtor will use the real estate as security to guarantee the monthly payments. Covid has significantly hurt the Debtor's bar business. The proposed Plan of Reorganization by debtor Kingland Realty Corp, Inc., cannot be confirmed because it does not have any revenues, and therefore it has become necessary to file King Tyson, Inc., in a Chapter 11 bankruptcy. Eventually both these cases will be consolidated.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   Reatte Joyce King, Secretary/Owner        Salary: None

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   2018: Gross Revenues $150,000.00 [estimate]
   2019: Gross Revenues $150,000.00 [estimate]
   2020: Gross Revenues $20,000.00 [estimate], Bar was closed most of the year due to Covid and restrictions imposed by Miami-Dade County.

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   None known at this time

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   1. LPC Fund LLC $117,000 for liquor license.

   c. Amount of unsecured claims: Unknown at this time.

9. General description and approximate value of the debtor's assets:

   | | |
   |---|---|
   | A. Liquor License | $200,000 |
   | B. Tables, chairs, glassware, etc. | $2,500 |
   | C. Liquor and other inventory [estimated] | $15,000 |

    D. Bank account (details to be provided)
    Total Assets:                                              $217,500.00

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    Liability Insurance with Founders Insurance; Nautilus Insurance; Scottsdale Insurance.

11. Number of employees and amounts of wages owed as of petition date:
    Number of Employees: 2.  Wages Owed $0.00.

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): Unknown at this time.

13. Anticipated emergency relief to be requested within 14 days from the petition date: None at this time.

Note: Debtor reserves the right to supplement this summary when additional information becomes available. This has been filed with known information as of today.

    Respectfully submitted on this **11th** day of October, 2021.

                                          **/s/** Reatte Joyce King
                                            Debtor in Possession

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above Chapter 11 Case Management Summary was served on this **11th** day of October, 2021, on all parties registered on the ECF system via ECF only, and all others on the attached list via U.S. Mail:

                                          **D&S LAW GROUP, P.A.**
                                          8751 W. Broward Blvd
                                          Suite 301
                                          Plantation, Florida 33324
                                          (954) 358-5911 (Telephone)
                                          (954) 357-2267 (Facsimile)
                                          www.DsouzaLegal.com
                                          Email: Elias@DsouzaLegal.com

                                    By: **/s/ Elias Leonard Dsouza**
                                          Elias Leonard Dsouza, Esq.
                                          Florida Bar No. 399477

```
Label Matrix for local noticing      King Tyson, Inc.                 LPC Fund, LLC.
113C-1                                2020 Wilmington St               c/o Samuel A Rubert, P.A.
Case 21-19586-LMI                     Opa Locka, FL 33054-3764         2645 Executive Park Dr # 123-A
Southern District of Florida                                           Weston, FL  33331-3624
Miami
Mon Oct  4 09:09:15 EDT 2021

Marta Soto Perez                      Office of the US Trustee         Elias Leonard Dsouza
c/o Rousso Boumel Law Firm            51 S.W. 1st Ave.                 8751 W. Broward Blvd # 301
9350 S Dixie Hwy Ste 1520             Suite 1204                       Plantation, FL 33324-2632
Miami, FL  33156-2944                 Miami, FL 33130-1614
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                              End of Label Matrix
                                      Mailable recipients    5
                                      Bypassed recipients    1
                                      Total                  6
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-15563-LMI<br>Southern District of Florida<br>Miami<br>Mon Aug 16 08:20:31 EDT 2021 | Kingland Realty Corp, Inc.<br>2020 Wilmington St<br>Opa Locka, FL 33054-3764 | AT&T Corp.<br>%AT&T Services, Inc.<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| BellSouth Telecommunications, Inc.<br>%AT&T Services, Inc.<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Darren<br>9350 S. Dixie Hwy<br>Suite 1520<br>Miami, FL 33156-2944 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Marta S Perez & Miriam Tapari PR of Est of J<br>9350 S. Dixie Hwy<br>Suite 1520<br>Miami, FL 33156-2944 | Marta Soto Perez<br>c/o Rousso Boumel Law Firm<br>9350 S Dixie Hwy Ste 1520<br>Miami, FL  33156-2944 | Miami-Dade County Tax Collector<br>111 NW 1st St # 1750<br>Miami, FL  33128-1905 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Southwestern Bell Telephone Company<br>%AT&T Services, Inc.<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Elias Leonard Dsouza<br>8751 W. Broward Blvd # 301<br>Plantation, FL 33324-2632 | Linda Marie Leali<br>2525 Ponce De Leon Blvd., Suite 300<br>Coral Gables, FL 33134-6044 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LPC Fund LLC | (u)Miami | (u)LPC Fund, LLC.<br>**DELETED PER DE #25** |

End of Label Matrix
Mailable recipients    13
Bypassed recipients     3
Total                  16